61 A.3d 192

Edward GOODMAN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 202 EM 2012.

Supreme Court of Pennsylvania.

Feb. 6, 2013.

## ORDER

PER CURIAM.

AND NOW, this 6th day of February, 2013, the Application for Leave to File Original Process is **GRANTED**. To the

extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.**

On February 2, 2012, an order was issued directing the Court of Common Pleas of Philadelphia County to dispose of Petitioner's pending petition within 90 days. *See* 112 EM 2011. The lower court has not complied with that order. The lower court is now directed to dispose of Petitioner's pending petition within 45 days of this order.